**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6579**

———————

EDWIN ALSTON,

                                        Plaintiff - Appellant,

        versus

OFFICER  LAWRENCE;  LIEUTENANT  BUSH;  WARDEN
RUSHTON,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Dennis W. Shedd, District Judge.
(CA-99-244-9-19RB)

———————

Submitted:  June 15, 2000          Decided:  June 26, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edwin Alston, Appellant Pro Se.  Steven Michael Pruitt, BURNS,
MCDONALD, BRADFORD, PATRICK & TINSLEY, Greenwood, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edwin Alston appeals the district court's grant of summary judgment to the Appellees and dismissing his civil rights complaint. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Alston v. Lawrence, No. CA-99-244-9-19RB (D.S.C. Apr. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED